# Exhibit A

| Last Name, First Name |
|---|
| Arguellez Ochoa, Alan Evelio |
| Aron Vasquez, Santiago |
| Beltran, Rigoberto Noriega |
| Berlin Cantero, Alejandro |
| Camacho Hurtado, Juventino |
| Escalante, Felipe |
| Espitia Guillen, Agustin |
| Espitia Guillen, Octavio |
| Figueroa, Jose |
| Garcia, Natanael |
| Garcia, Sabas |
| Garcia Sarmiento, Carlos |
| Garnica, Edie |
| Garsias Soto, Luis |
| Gomez Ayala, Felipe |
| Hernandez Sierra, Jorge Luis |
| Ibarra Martinez, Antonio |
| Lamas Ortiz, Omar |
| Lopez, Adrian |
| Lopez, Javier |
| Mancera, Pedro |
| Martines, Jose |
| Martinez, Arturo |
| Narvaez Tovar, Emilio |
| Olan Mosqueda, Martin |
| Ornelas, Juan Carlos |
| Pelcastre P, Jose |
| Renteria Nambo, Horacio |

| | |
|---|---|
| 1 | Rivera Renovato, Pedro |
| 2 | Rodriguez, Antonio |
| 3 | Rodriguez, Fernando |
| 4 | Ruiz, Mario |
| 5 | Salazar, Nayeli Nancy |
| 6 | Sanchez Mata, Basilio |
| 7 | Sandoval Preza, Alejandro |
| 8 | Sandoval Preza, Silvino |
| 9 | Solorio, Jesse |
| 10 | Torres Santos, Juan |
| 11 | Uribe, Jose Angel |
| 12 | Villa Balbuena, Israel |
| 13 | Zarazua, Francisco |
| 14 | Dominguez, Jaime |
| 15 | Gallegos, Jose Martin |
| 16 | Garcia, Orlando |
| 17 | Garcia Bocanegra, Arturo |
| 18 | Garcia Zarazua, Armando |
| 19 | Gonzalez-Echevarria, Humberto |
| 20 | Hurtado, Jose Dolores |
| 21 | Juarez, Andrey |
| 22 | Lopez, Gilberto |
| 23 | Rojas Vivas, Gregorio |
| 24 | Aguilar Baza, Benancio |
| 25 | Gallegos, Teresa |
| 26 | Gaspar, Luis Juan |
| 27 | Jimenez, Luis |
| 28 | Jimenez Romero, Tomas |
| | Martinez Hernandez, Eliazar |
| | Paz, Javier |
| | Renteria, Candido |

| | |
|---|---|
| 1 | Renteria, Jose Luis |
| 2 | Villegas, Benjamin |
| 3 | Aleman Jr, Manuel |
| 4 | Castro Ramirez, Eric |
| 5 | Cisneros Vasquez, Fabian |
| 6 | Gallegos, Jose |
| 7 | Gallegos Hernandez, Emmanuel |
| 8 | Gaspar, Geremias Juan |
| 9 | Gonzalez, Jorge |
| 10 | Guerrero Gomez, Vicente |
| 11 | Guzman Magana, Jose |
| 12 | Martinez, Alexis |
| 13 | Martinez Lopez, Jesus |
| 14 | Martinez Lopez, Jorge Joel |
| 15 | Montesinos, Jose |
| 16 | Montesinos, Maico |
| 17 | Perez, Luis |
| 18 | Presa Sandoval, Ramiro |
| 19 | Ramirez, Rafael |
| 20 | Reyes, Benjamin Andrew |
| 21 | Reyes Ayala, Benjamin |
| 22 | Rios-Caro, Luis |
| 23 | Samano G, Nahu |
| 24 | Villa Balbuena, Jose Issac |
| 25 | Andrade Lugo, Carlos |
| 26 | Flores, Osvaldo |
| 27 | Garcia, Baldemar |
| 28 | Garduno, Armando |
| | Hernandez, Antonio |
| | Loyola Hernandez, Jose |
| | Luna Torres, Mario |

| | |
|---|---|
| 1 | Olan Cruz, Luis Alberto |
| 2 | Olan De La Cruz, Manuel A |
| 3 | Quintero Hurtado, Omar |
| 4 | Torres, Jaime |
| 5 | Torres Marin, Tomas |
| 6 | Arriaga Guzman, Efrain |
| 7 | Caro Hernandez, Eliazar |
| 8 | De La Cruz Monroy, Manolo |
| 9 | Dominguez, Alejandro |
| 10 | Gatica Nava, Ricardo |
| 11 | Salazar-Rivera, Cesar O |
| 12 | Velasquez Escoto, Edwin Alexis |
| 13 | Martinez Lopez, Raul |
| 14 | Ramirez, Sergio |
| 15 | Vera Zarazua, Carlos |
| 16 | Zarazua Zarazua, Agustin |
| 17 | Zarazua Zarazua, Pablo |
| 18 | Cisneros, Mario |
| 19 | Hernandez, Pablo |
| 20 | Levi, Jesus |
| 21 | Mota Rangel, Jose |
| 22 | Mozo Atempa, Roberto |
| 23 | Tello Castillo, Alfredo |
| 24 | Velez, Faustino |
| 25 | Aleman Vazquez, Manuel |
| 26 | Garcia Aguas, Francisco |
| 27 | Garcia Perez, Luis |
| 28 | Garcia Zarazua, Daniel |
| | Lopez, Isidro |
| | Lugo, Maurilio |
| | Maldonado-Lugo, Alfredo |

| | |
|---|---|
| 1 | Martinez, Victor |
| 2 | Martinez Hernandez, Diego |
| 3 | Padilla, Javier |
| 4 | Torres Santos, Lazaro |
| 5 | Velasco Gonzalez, Eduardo |
| 6 | Fuentes, Jesus |
| 7 | Nicolas Aguilar, Luis Manuel |
| 8 | Perez Rojas, Daniel |
| 9 | Venancio, Asuncion |
| 10 | Benavides, Margarito |
| 11 | Lopez Garcia, Humberto |
| 12 | Miranda, Lorenzo |
| 13 | Reyna Aguirre, Martin |
| 14 | Valadez, Erasmo |
| 15 | Carrillo Bello, Gerardo |
| 16 | Castillo Cuevas, Erick |
| 17 | Flores, Antonio |
| 18 | Hernandez Velasco, Jesus |
| 19 | Lopez Bello, Adolfo |
| 20 | Pineda, Jesus Alfredo |
| 21 | Vega Tovar, Eleuterio |
| 22 | Avila, Christian |
| 23 | Duarte, Miguel |
| 24 | Hernandez Alpizar, Jose |
| 25 | Palacios Gonzalez, Estevan |
| 26 | Sanchez Guerrero, Ivan |
| 27 | Garcia, Alex |
| 28 | Solano Morales, Ruben Albino |
| | Holguin Navarro, Roberto |
| | Martinez, Jose |
| | Banda Flores, Alfredo |

| | |
|---|---|
| 1 | Castro, Sergio |
| 2 | Guzman Magana, Carlos |
| 3 | Narvaez Tovar, Cesar |
| 4 | Ortiz, Marcos |
| 5 | Pelcastre Rios, Mario |
| 6 | Rodriguez Jr., Eliud |
| 7 | Sanchez, Rogelio |
| 8 | Cedillo, Alejandro |
| 9 | Hernandez, Fernando |
| 10 | Huante Vega, Delia |
| 11 | Martinez, Aurelio |
| 12 | Martinez, Cristian |
| 13 | Moreno Coronel, Guillermo |
| 14 | Patino, David |
| 15 | Perez, Juan |
| 16 | Salgado, Rodolfo |
| 17 | Sanchez, Fernando |
| 18 | Hernandez, Jacinto |
| 19 | Lopez Gonzalez, Joel |
| 20 | Morales, Carlos |
| 21 | Rufino, Isauro |
| 22 | Salgado Mendoza, Juan |
| 23 | Gonzalez, David |
| 24 | Hernandez, Adan |
| 25 | Marquez, Julian |
| 26 | Salgado Gama, Enrique |
| 27 | Zarazua Hernandez, Ambrocio |
| 28 | Arellano, Cristian |
| | Cruz, Juan |
| | Guzman M, Ricardo |
| | Torres Mercado, Sergio |

| | |
|---|---|
| 1 | Gonzales Soto, Luis Mariano |
| 2 | Lopez Ramirez, Juan |
| 3 | Mejia C, Jorge |
| 4 | Saldana, Richard |
| 5 | Zamora Loredo, Marcos |
| 6 | Garcia Tomas, Leopoldo |
| 7 | Mejia, Lazaro |
| 8 | Ojeda, Filiberto |
| 9 | Ornelas De Posada, Yolanda |
| 10 | Rodriguez Olivarez, Alejandro Jovany |
| 11 | Torres, Macario |
| 12 | Garcia, Alejandro |
| 13 | Balanzar Lorenzano, Rigoberto |
| 14 | Carreras, Jesus |
| 15 | Echevarria A, Martin |
| 16 | Perez Mendoza, Marcial |
| 17 | Romanillo Urias, Dina Mara |
| 18 | Soria, Bulmaro |
| 19 | Torres Arce, Jesus |
| 20 | Flores, Felipe Angel |
| 21 | Mendoza, Armando |
| 22 | Muennich, Estevan |
| 23 | Cota, Eduardo |
| 24 | Diaz, Jonathan Isaiah |
| 25 | Gonzalez, Omar Blanco |
| 26 | Medina, David Armando |
| 27 | Medina Mancera, Armando |
| 28 | Rodriguez, Giezi Caleb |
| | Hernandez, Evic Alberto |
| | Lopez Morales, Erick Alexander |
| | Lucas, Francisco |

| | |
|---|---|
| 1 | Pliego Cadenas, Sebastian |
| 2 | Sanchez, Alexis |
| 3 | Solis Doroteo, Burmaro |
| 4 | Flores, Juan Manuel |
| 5 | Lucas, Orlando |
| 6 | Rivera, Mario |
| 7 | Salinas, Gregorio |
| 8 | Barreras Garcia, Alan |
| 9 | Chan, Edgar |
| 10 | Chavez Sandoval, Jose |
| 11 | Lopez, Jose |
| 12 | Lopez Ramirez, Alex |
| 13 | Martinez Leyva, Javier |
| 14 | Mora Estrada, Hector Rene |
| 15 | Valentin Roman, Martin |
| 16 | Ascencio Pereyra, Alonso |
| 17 | Pintor Leal, Isaac |
| 18 | Santiago Acevedo, Artemio Lucas |
| 19 | Torres, Sebastian |
| 20 | Alonso-Bernardion, Jose |
| 21 | Armenta, Jorge Joel |
| 22 | Figueroa Ramirez, Jose Manuel |
| 23 | Armenta, Edgar |
| 24 | Aron Cruz, Lucita |
| 25 | Carrillo Bello, Reymundo |
| 26 | Flores Avila, Omar Antonio |
| 27 | Marquez, Steven Angel |
| 28 | Martinez, Jose Luis |
| | Martinez Sandoval, Mario |
| | Paz Sandoval, Eduardo |
| | Torres, Manuel |

| | |
|---|---|
| 1 | Barrera Saldivar, Javier |
| 2 | Ledesma Sanchez, Ramiro |
| 3 | Lopez, Hector |
| 4 | Paisan, Arturo |
| 5 | Perez, Lorenzo |
| 6 | Chavez, Gustavo |
| 7 | Fermin, Juan |
| 8 | Presa Arellano, Carlos |
| 9 | Hernandez Castelan, Jesus Antonio |
| 10 | Soria Fuentes, Juan Gerardo |
| 11 | Pena, Mayrim Icel |
| 12 | Velasquez, Juan |
| 13 | Baires Carranza, Yobany |
| 14 | Estrada, Nancy |
| 15 | Lopez, Manuel |
| 16 | Zacarias, Antonio |
| 17 | Chaves Rosales, Juan |
| 18 | Lopez Ortega, Armando |
| 19 | Matel, Marcos |
| 20 | Sanabia, Victorio |
| 21 | Gallegos Tello, Jose Manuel |
| 22 | Martinez Beltran, Eder |
| 23 | Pedroza, Edgar |
| 24 | Fuentes Ocanas, Carlos |
| 25 | Corrales, Armando |
| 26 | Zuniga, Juan |
| 27 | Zuniga Vasquez, Juan |
| 28 | Ramos Cabrera, Alejandro |
| | Zarazua, Rigoberto |
| | Gutierrez, Omar |
| | Resendiz, Juan |

| | |
|---|---|
| 1 | Garcia Aguas, Orlando |
| 2 | Garcia Perez, Miguel Angel |
| 3 | Lara, Brian |
| 4 | Razo, Adrian Ruben |
| 5 | Rios Caro, Luis |
| 6 | Moreno Prado, Hugo |
| 7 | Rodriguez Jr, Ricardo |
| 8 | Aron Vasquez, Joel |
| 9 | Espitia Guillen, Jose Fernando |
| 10 | Padilla Sanchez, Amed |
| 11 | Lopez Cruz, Juan |
| 12 | Soto Gonzalez, Noe |
| 13 | Ibarra, Gabriel |
| 14 | Mesina, Edgar Josue |
| 15 | Rios, Claudia |
| 16 | Villalobos, Rigoberto |
| 17 | Guel, Erik |
| 18 | Guel, Jaime |
| 19 | Ibarra C, Jorge |
| 20 | Flores Garcia, Juan |
| 21 | Flores Jr, Juan Antonio |
| 22 | Hernandez Juarez, Alberto |
| 23 | Rivera Renovato, Jose Ascencion |
| 24 | Alvarez, Fernando |
| 25 | Moreno, Josue |
| 26 | Carrillo Mora, Fidel |
| 27 | Perez Vixtha, Marcial |
| 28 | Rufino, Luis |
| | Vijil Martinez, Fredy |
| | Anguiano Lopez, Enrique |
| | Higuera Mendoza, Josue Daniel |

| | |
|---|---|
| 1 | Isquierdo Jimenez, Ruben |
| 2 | Rodriguez, Maria |
| 3 | Torres Martinez, Efrain |
| 4 | Anguiano Ceja, Miguel |
| 5 | Grivno, Jesse |
| 6 | Gutierrez, Jose |
| 7 | Hernandez, Erickberto |
| 8 | Monarrez, Jose |
| 9 | Espinosa Pinto, Jaime |
| 10 | Lopez Gomez, Francisco Rogelio |
| 11 | Perez, Francisco |
| 12 | Rangel, Oscar |
| 13 | Estrada Rojas, Gustavo |
| 14 | Garcia, Jonathan |
| 15 | Lara, Adan |
| 16 | Millan Baza, Jorge |
| 17 | Resendiz Aguas, Jose Abraham |
| 18 | Reyes Jimenez, Emmanuel |
| 19 | Torres, Guillermo |
| 20 | Lopez Hernandez, Misael |
| 21 | Hernandez Cayetano, Jorge |
| 22 | Lopez Hernandez, Miguel Angel |
| 23 | Munguia, Rafael |
| 24 | Munguia Castaneda, Rafael |
| 25 | Acevedo Gonzalez, Hermenegildo |
| 26 | Aguiar Diaz, Francisco |
| 27 | Aguiar Diaz, Ismael |
| 28 | Mondragon Mojica, Enrique |
| | Barerra Camargo, Fabian Ari |
| | Martinez Hernandez, Cesar |
| | Rocha, Christian Ivan |

| | |
|---|---|
| 1 | Botello Garcia, Rogelio |
| 2 | Lopez, Daniel |
| 3 | Aguirre Benavides, Andres |
| 4 | Perea Ruiz, Cynthia |
| 5 | Segura, Moises |
| 6 | Aranda Torres, Miguel |
| 7 | Castillo, Moises |
| 8 | Martinez, Juan Carlos |
| 9 | Quezada, Jesus |
| 10 | Tinoco Pamatz, Adan |
| 11 | Cadenas, Carmelo |
| 12 | Cedillo, Armando |
| 13 | Garcia Lopez, Carlos |
| 14 | Anguiano Abrica, Jose Omar |
| 15 | Gonzalez, Jose Ignacio |
| 16 | Rodriguez, Alberto |
| 17 | Gonzalez, Carlos |
| 18 | Mojica, Damian |
| 19 | Rodriguez, Fabiola |
| 20 | Garcia, Oscar |
| 21 | Rosas Romero, Miguel |
| 22 | Cacho Sanchez, Fernando |
| 23 | Menses Garcia, Salvador |
| 24 | Fuentes Lucas, Patricio |
| 25 | Amarillas, Regino |
| 26 | Camacho, Eduardo |
| 27 | Castro Arevalos, Antonio De Jesus |
| 28 | Castro Arevalos, Luis Angel |
| | Hernandez Medel, Esteban |
| | Santiago, Carlos |
| | Zamora, Alberto |

| | |
|---|---|
| 1 | Cardenas, Adan |
| 2 | Castaneda, Gustavo |
| 3 | De Loza, Jose |
| 4 | Gallegos Juarez, Juan J |
| 5 | Gallegos Sanchez, Juan J |
| 6 | Guerrero Resendiz, Manuel |
| 7 | Ramos Cabrera, Rene |
| 8 | Rojas Mendoza, Gary Alexander |
| 9 | Samano, Hugo |
| 10 | Zuniga, Alberto |
| 11 | Garcia Zazueta, Marcello |
| 12 | Sandoval, Salomon |
| 13 | Velazquez-Gonzales, Diego |
| 14 | Zuniga, Daniel |
| 15 | Aguiar Diaz, Sergio |
| 16 | Hernandez, Freddie |
| 17 | Higareda, Luis |
| 18 | Olvera, Andres |
| 19 | Perez, Lucas |
| 20 | Soto, Arnulfo |
| 21 | Vargas, Daniel |
| 22 | Garduno, Eduardo |
| 23 | Ramirez, Luis |
| 24 | Torres Fernandez, J Trinidad |
| 25 | Gonzalez, Esteban |
| 26 | Hernandez Mendoza, Juan |
| 27 | Contreras Garcia, Julio Cesar |
| 28 | Gonzales Cruz, Luis Fernando |
| | Guzman Ortiz, Julian |
| | Hernandez, Luis A |
| | Loenzo Gallo, Miguel |

| | |
|---|---|
| 1 | Morales Rodriguez, Juan |
| 2 | Moreno, Francisco |
| 3 | Toscano, Salvador |
| 4 | Calletano Bibiano, Luis |
| 5 | De Loza Arredondo, Martin |
| 6 | Hernandez Ramirez, Alexander |
| 7 | Mata, Jose Ricardo |
| 8 | Sandoval Rodriguez, Leonardo |
| 9 | Flores Reyes, Wilivaldo |
| 10 | Lorenzo Gallo, Miguel |
| 11 | Olvera, Maria De La Paz |
| 12 | Ibarra Castaneda, Gabriel |
| 13 | Lastre, Eduardo |
| 14 | Vera Rosales, Francisco |
| 15 | Arellano, Ismael Lian |
| 16 | Arellano Bustamante, Erika |
| 17 | Bernal Garcia, Julio Cesar |
| 18 | Gomez, Gilberto |
| 19 | Lopez, Jesus |
| 20 | Nunez Peralta, Francisco Javier |
| 21 | Salas, Jose |
| 22 | Vera Borboa, Salomon |
| 23 | Alvarez Sanchez, Nathaniel |
| 24 | Gonzalez Gonzalez, Eusebio |
| 25 | Solis Doroteo, Ezequiel |
| 26 | Chi, Ivan |
| 27 | Payan Astorga, Juan |
| 28 | Zuniga Velasco, Junior Adrian |
| | Castro Renteria, Antonio |
| | Echavarria Soria, Victor Jesus |
| | Cedillo, Firio |

| | |
|---|---|
| 1 | Vigil Martinez, Rodrigo |
| 2 | Rodriguez, Elmer Omar |
| 3 | Rodriguez, Jermaine Anibal |
| 4 | Bernal, Raymundo |
| 5 | Pliego Cadenas, Emmanuel |
| 6 | Valdez Ibarra, Efren |
| 7 | Zazueta, Miguel |
| 8 | Sanchez, Hector A |
| 9 | Cayetano Garin, Fernando |
| 10 | Hinojosa, Ruben |
| 11 | Hinojosa Munoz, Enrique |
| 12 | Rios Hernandez, Moises |
| 13 | Rodriguez-Cadenas, Adrian |
| 14 | Lopez Solis, Gonzalo |
| 15 | Duran Avelar, Yahir |
| 16 | Martinez Felipe, Javier |
| 17 | Torres, Martin |
| 18 | Camacho, Gustavo |
| 19 | Contreras Padilla, Hugo |
| 20 | Garcia Gonzalez, Sabas |
| 21 | Garcia Guzman, Dylan |
| 22 | Garza, Arturo |
| 23 | Gonzalez, Tomas |
| 24 | Guerrero Moreno, Lorenzo |
| 25 | Hernandez Perez, Jacinto |
| 26 | Jimenez, Jose Luis |
| 27 | Marin, Maria |
| 28 | Martinez, Julio |
| | Mendez, Emiliano |
| | Mendoza, Jose |
| | Miranda Andrade, Joanna Jasmin |

| | |
|---|---|
| 1 | Perez G, Antonio |
| 2 | Portillo, Edwin |
| 3 | Saldivar, Maria Odila |
| 4 | Sanchez, Lorenzo |
| 5 | Sanchez, Ricardo |
| 6 | Sanchez Sanchez, Marcelino |
| 7 | Sandoval, Ramiro |
| 8 | Barrera, Miguel |
| 9 | Doroteo Solis, Eduardo |
| 10 | Garduno, Carlos Uriel |
| 11 | Juarez Quintanilla, Iveth |
| 12 | Perez Soto, Leonardo |
| 13 | Ramos Aguilar, Fernando |
| 14 | Rios Castro, Mario |
| 15 | Sandoval, Alejandro |
| 16 | Sandoval, Jose Luis |
| 17 | Tellez Nicolas, Victoriano |
| 18 | Balanzar Martinez, Carlos Rotmel |
| 19 | Hernandez-Bautista, Jorge Gamaliel |
| 20 | Rojas Torres, Oscar Rosendo |
| 21 | Sandoval, Silvino |
| 22 | Coria Zarazua, Cristian |
| 23 | Flores, Juan |
| 24 | Haro Iturrios, Omar |
| 25 | Lopez, David |
| 26 | Velazquez, Pedro |
| 27 | Vigil Martinez, Fredy |
| 28 | Zarazua Resendiz, Rigoberto |
| | Baires Carranza, Javier Isai |
| | Martinez, Rogelio |
| | Bello Morales, Miguel Eduardo |

| | |
|---|---|
| 1 | Carrillo, Sergio |
| 2 | Morales Rosales, Fernando Jose |
| 3 | Ruano Ii, Oscar |
| 4 | Barrera Mozo, Gabino |
| 5 | Mozo, Roberto |
| 6 | Avila, Enrique |
| 7 | Carrillo Bello, Luis Gerardo |
| 8 | Contreras, Gerardo |
| 9 | Lazarit, Librado |
| 10 | Rivera Rodas, Fernando |
| 11 | Sanchez, Saul |
| 12 | Figueroa, Benito |
| 13 | Guzman M, Jose |
| 14 | Perez Figueroa, Jose |
| 15 | Zarazua Resendiz, Francisco |
| 16 | Hernandez, Pedro |
| 17 | Herrera Lara, Walter |
| 18 | Oregel Valencia, Maria |
| 19 | Rodriguez Baires, Jose Wilfredo |
| 20 | Antonio Perez, Guilvin Saul |
| 21 | Mendez Ruiz, Francisco |
| 22 | Ochoa, Juan Antonio |
| 23 | Rubio, Hector |
| 24 | Alcala Gonzalez, Martin |
| 25 | Cervantes Gonzalez, Jorge |
| 26 | Ledesma Gonzalez, Diego |
| 27 | Balbuena, Ivan |
| 28 | Garcia Munoz, Francisco |
| | Moncada, Diego |
| | Robles Reynoso, Christian |
| | Vargas, Gael |

| | |
|---|---|
| 1 | Cuevas Benitez, Esequiel |
| 2 | Fernandez, Pablo |
| 3 | Perez, Mario |
| 4 | Villalpano, Alexis |
| 5 | Escobar, Jesus |
| 6 | Parra Anaya, Brandon |
| 7 | Pienado Guerra, Hector |
| 8 | Flores, Alejandro |
| 9 | Ramirez Gonzalez, Sergio |
| 10 | Acosta, Miguel |
| 11 | Ramirez Lujan, Carlos Adrian |
| 12 | Rosas, Armando |
| 13 | Rosas Jimenez, Jose Christian |
| 14 | Tovar, Eliseo |
| 15 | Guzman Magana, Ricardo |
| 16 | Roman Cervantes, Luis Alberto |
| 17 | Sanchez Rosales, Lorenzo |
| 18 | Galvan, Jose Luz |
| 19 | Rojas, Ernesto |
| 20 | Roman Cervantes, Luiz Gesus |
| 21 | Carrillo, Oscar |
| 22 | Hernandez Jimenez, Israel |
| 23 | Saintil, Jhonny |
| 24 | Soto, Carlos |
| 25 | Bustos, Jonathan |
| 26 | Corona, Mario Alberto |
| 27 | Gomez Miranda, Gilberto |
| 28 | Nazario Morales, Gerardo |
| | Sanchez, Isidro |
| | Tejada, Alfredo |
| | Diaz Beltran, Victor |

| | |
|---|---|
| 1 | Soto, Mauricio |
| 2 | Ballestero, Roberto |
| 3 | Navarrete, Emilio |
| 4 | Bernal Cruz, Oscar |
| 5 | Tomsick, John Mark |
| 6 | Cota Hinojosa, Andres |
| 7 | Rivera Torres, Eduardo |
| 8 | Segura Lara, Jose Felipe |
| 9 | Castillo Rojas, Maria |
| 10 | Flores-Casillas, Wiliberto |
| 11 | Demilagroflorescasil, Maria Margarita |
| 12 | Lopez Martinez, Kevin |
| 13 | Hernandez Romero, Pedro Fernando |
| 14 | De La O Campos, Hermenegildo |
| 15 | Flores, Ivan |
| 16 | Gallegos Martinez, Jonathan |
| 17 | Garcia, Carlos |
| 18 | Galeana Garcia, Arturo |
| 19 | Avila, Daniel |
| 20 | Miranda Haro, Francisco G |
| 21 | Morales Torres, Arturo |
| 22 | Rodriguez Salgado, Luis Enrique |
| 23 | Castillo, Humberto |
| 24 | Montez, Daniel |
| 25 | Salgado, Juan Carlos |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28