MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
KATHRYN A. PANACCIONE (CSBN 332188)
Senior Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012
Telephone: (213) 894-3950
Email: Panaccione.Kathryn.A@dol.gov
*Attorneys for Plaintiff Lori Chavez-DeRemer
United States Secretary of Labor*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>INNOVATIVE WALL SYSTEMS, INC., d/b/a ALTA DRYWALL, a California Corporation; JASON SHANE BELLAMY, an individual;<br><br>Defendants. | Case No.: 3:25-cv-2240-GPC-DDL<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT JUDGMENT AND ORDER** |

The Secretary and Defendants have reached an agreement and have executed the attached Proposed Consent Judgment.

Dated: August 28, 2025          Respectfully submitted,

                                JONATHAN L. SNARE
                                Acting Solicitor of Labor

                                MARC A. PILOTIN
                                Regional Solicitor

                                BORIS ORLOV
                                Counsel for Wage and Hour

                                */s/ Kathryn Panaccione*
                                KATHRYN PANACCIONE
                                Senior Trial Attorney

                                *Attorneys for Plaintiff Lori Chavez-DeRemer,*
                                *United States Secretary of Labor*