1
2
3
4
5
6
7
8
9
UNITED STATES DISTRICT COURT
10
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11
LORI CHAVEZ-DEREMER, SECRETARY
12
OF LABOR, UNITED STATES
DEPARTMENT OF LABOR,
13
                                                Case No.:
14
            Plaintiff,
15
INNOVATIVE WALL SYSTEMS, INC., d/b/a          **[PROPOSED] CONSENT**
ALTA DRYWALL, a California Corporation;        **JUDGMENT AND**
16
JASON SHANE BELLAMY, an individual;           **ORDER**
17
            Defendants.
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff Lori Chavez-DeRemer, Secretary of Labor, United States Department of
2    Labor ("Secretary"), and Defendants Innovative Wall Systems, Inc., d/b/a Alta Drywall
3    and Jason Shane Bellamy ("Defendants"), have agreed to resolve the matters in
4    controversy in this civil action and consent to the entry of this Consent Judgment in
5    accordance herewith.

**STATEMENTS AND AGREEMENTS BY THE PARTIES**

6
7    A.    The Secretary filed a Complaint in the above-captioned proceeding naming
8    Defendants and alleging they violated provisions of Fair Labor Standards Act Sections 6,
9    7, 11(c), 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended
10   ("FLSA"), 29 U.S.C. §§ 206, 207, 211(c), 215(a)(2), and 215(a)(5).
11   B.    Defendants have retained defense counsel and acknowledge receipt of a
12   copy of the Secretary's Complaint in this action.
13   C.    Defendants waive issuance and service of process of the Summons and
14   Complaint, and waive their response to the Secretary's Complaint.
15   D.    Defendants admit that the Court has jurisdiction over the parties and subject
16   matter of this civil action and that venue lies in the Southern District of California.
17   E.    The parties agree to waive findings of fact and conclusions of law and agree
18   to the entry of this Consent Judgment without further contest.
19   F.    Defendants agree herein to resolve all allegations of the Secretary's
20   Complaint.
21   G.    Defendant Jason Shane Bellamy is the President and Chief Executive
22   Officer of Innovative Wall Systems, Inc., d/b/a Alta Drywall ("Alta Drywall").
23   H.    At all relevant times, Alta Drywall's employees were engaged in commerce
24   and/or handling and working on goods that have been moved in commerce, as they
25   regularly handle goods that had or have been shipped from places outside the state of
26   California. Alta Drywall's enterprise has and at all relevant times has had an annual
27   gross volume of sales made or business done of no less than $500,000.00, and said
28   enterprise constitutes and at all relevant times has constituted, an "enterprise engaged in

commerce or in the production of goods for commerce" as defined by FLSA § 3(s), 29
U.S.C. § 203(s). As such, Alta Drywall's employees are covered by the FLSA.
Defendants admit, solely for purposes of this Consent Judgment only, they are
"employers" as defined in the FLSA, and are therefore covered and subject to the FLSA.

## PERMANENT INJUNCTION

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to
FLSA § 17 , 29 U.S.C. § 217, Defendants, their officers, agents, servants, employees,
successor companies, parties in interest, and all persons and entities acting at their
direction or in concert or participation with them, are permanently enjoined and
restrained from violating the FLSA, including through any of the following manners:

1.      Defendants shall not, contrary to FLSA § 6, 29 U.S.C. § 206, employ any
employee who in any workweek engaged in commerce or in the production of goods for
commerce or who are employed in an enterprise engaged in commerce within the
meaning of the FLSA, wages at a rate less than the operative minimum wage, which
cannot be less than $7.25 per hour (or at a rate less than such other applicable minimum
wage as may be hereafter established by amendment to the FLSA).

2.      Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any
employee who in any workweek is engaged in commerce, within the meaning of FLSA §
3(s), or is employed in an enterprise engaged in commerce or in the production of goods
for commerce, within the meaning of FLSA § 3(s), for any workweek longer than 40
hours unless such employee receives compensation for his or her employment in excess
of 40 hours in such workweek at a rate not less than one and one-half times the regular
rate at which he or she is employed.

3.      Defendants shall not fail to make, keep, make available to authorized agents
of the Secretary for inspection, transcription, and/or copying, upon their demand for such
access, and preserve records of employees and of the wages, hours, and other conditions
and practices of employment maintained, as prescribed by regulations issued, and from
time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and

215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

    4.     Defendants shall comply with the FLSA, and if not already in effect at the time of entry of this Consent Judgment, shall amend and maintain their payroll practices as follows:

        i.     Defendants shall accurately record the information required by 29 C.F.R. §§ 516.2 in payroll records, including (1) all hours worked by employees each workday and workweek; (2) the basis of pay, including the monetary amount paid on a per hour, per day, per week, per piece, commission on sales, or other basis; (3) the total weekly straight-time earnings for the hours worked during the workweek; (4) the total premium pay for overtime hours.

        ii.     When Defendants pay workers by the piece, Defendants shall record in payroll records the number of pieces completed per week and the rate of pay for such pieces.

        iii.     Defendants shall pay workers per pay period with one check or one direct deposit. Defendants shall not pay any worker using multiple methods of payment within a pay period, unless payroll records clearly indicate that the worker was paid in multiple methods and the reason for such payments. Defendants shall not knowingly pay workers with checks written out to another person's name. Defendants shall not pay workers with checks or vouchers which must be cashed at a specific location, other than a commercial banking institution. Defendants shall provide employees with a paystub that accompanies their pay, on each payday, that reflects the employee's amount of pay, rate of pay, hours worked, and any and all deductions.

        iv.     Defendants shall maintain all time and payroll records, including any records of cash payments to employees, for a period of not less than

1     three years.

2         v.     Defendants shall not alter or manipulate time or payroll records to

3             reduce the number of hours actually worked by an employee, and

4             Defendants shall not encourage or knowingly permit workers to under-

5             report their hours worked.

6        vi.    Defendants shall inform all supervisors, managers, and persons

7             performing payroll duties of the requirements of this Consent

8             Judgment and shall provide a copy of this Consent Judgment to all

9             supervisors, managers, and persons performing payroll duties.

10            Defendants shall not direct supervisors, managers or persons

11            performing payroll duties to falsify time or payroll records in any

12            manner including reducing the number of hours actually worked by

13            employees, and Defendants shall direct their supervisors, managers,

14            and persons performing payroll duties to encourage workers to report

15            all hours worked.

16     5.     Defendants, their officers, agents, servants, and employees and those

17 persons in active concert or participation with them, shall not in any way directly or

18 indirectly, demand, require or accept any of the back wages or liquidated damages from

19 any of the employees listed on the attached Exhibit A. Defendants shall not threaten or

20 imply that adverse action will be taken against any employee because of their receipt of

21 funds due under this Consent Judgment. Violation of this Paragraph may subject the

22 Defendants to equitable and legal damages, including punitive damages and civil

23 contempt.

24     6.     Defendants, their officers, agents, servants, and employees and those

25 persons in active concert or participation with them, shall not in any way retaliate or take

26 any adverse employment action, or threaten or imply that adverse action will be taken

27 against any employee who exercises or asserts his or her rights under the FLSA or

28 provides information to any public agency investigating compliance with the FLSA.

Violation of this Paragraph may subject the Defendants to equitable and legal damages, including punitive damages and civil contempt.

7.      Defendants, jointly and severally, shall not continue to withhold the payment of $385,000 in overtime and minimum wage pay hereby found to be due by the Defendants under the FLSA to employees, as a result of their employment by Defendants during the period of December 18, 2020 through December 14, 2023 ("Back Wage Accrual Period").

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to FLSA § 17, 29 U.S.C. § 217, Defendants, their agents, servants, employees, companies, and all persons and entities acting at their direction or in concert or participation with their direction, shall take the following affirmative actions:

8.      Defendants shall, within thirty (30) business days after entry of this Consent Judgment and Order by the Court, hire a third party to conduct training (to be completed within ninety (90) business days thereafter) for all of Defendants' supervisors, managers, and persons performing payroll duties on the requirements of the FLSA, including the overtime and recordkeeping provisions.  For the purposes of this provision, Defendants' counsel shall be considered a third party. Within fifteen (15) days of the training, Defendants shall deliver to the Wage and Hour Division evidence that all supervisors attended the training.  Evidence may be provided in the form of a sign-in sheet and may be sent by electronic mail to Ruiz.Maria@dol.gov.

9.      Within thirty (30) days of the entry of this Judgment, Defendants shall supply all of its employees with copies of the attached Exhibit B. In addition, for one (1) year after entry of this Judgment, Defendants shall provide copies of Exhibit B to all new hires and post a copy at work location where it is visible to employees.

## JUDGMENT AND ORDER

**FURTHER, JUDGMENT IS HEREBY ENTERED,** pursuant to FLSA §§ 16(c) and (e), 29 U.S.C. § 216(c) and (e), in favor of the Secretary and against Defendants, jointly and severally, in the amount of $790,000.  Pursuant to this Judgment,

**IT IS HEREBY ORDERED THAT**

10. Defendants shall pay $385,000 in overtime and minimum wage pay hereby due under the FLSA and this Judgment, to employees on Exhibit A. In addition, liquidated damages in the amount of $385,000 are hereby due under the FLSA and Defendants shall pay this amount to the employees on Exhibit A. Defendants shall pay $20,000 as a civil money penalty assessment under 29 U.S.C. § 216(e), for a total of $790,000. Such penalties are hereby assessed against Defendants and finally determined, pursuant to FLSA § 16(e), 29 U.S.C. § 216(e). Defendants waive the right to a hearing with respect to this assessment of civil money penalties.

11. Defendants shall make the payment required by this Consent Judgment online within five (5) business days of entry of this Judgment or by November 4, 2025, whichever is later, by ACH transfer, credit card, debit card, or digital wallet by going to https://www.pay.gov/public/form/start/77761888, or by going to www.pay.gov and searching "WHD Back Wage Payment - WE Region." Payments shall reference Case Number # 1983535.

12. Defendants shall make the civil money penalty payment online within five (5) business days of entry of this Judgment or by November 4, 2025, whichever is later, by going to: https://pay.gov/public/form/start/77743734 or by going to www.pay.gov and searching "WHD Civil Money Penalty Payment Form – Western Region." Payments shall reference Case Number # 75656

13. Within 15 days of entry of this Consent Judgment, Defendants shall deliver a schedule containing, to the best of their knowledge, the full name of each employee listed on the attached Exhibit A, the employee's current address or last known address, home phone number, cell phone number, and other known contact information of the employee.

14. The Secretary shall allocate and distribute the funds described in paragraph 10, less deductions made by the Secretary for the employees' share of payroll taxes and income tax withholding. Defendants shall first pay the liquidated damages, followed by

back wages, followed by civil money penalties.

15.    In the event of any default in the timely making of any payment due hereunder in excess of five business days, the full amount due under the back wage provisions of this Judgment which then remains unpaid, plus post-judgment interest at the rate of 10% per year, from the date of this Judgment until paid in full, shall become due and payable upon the Secretary's sending by ordinary mail a written demand to the last business address of Defendants then known to the Secretary, with electronic copies also concurrently e-served on Defendants' counsel of record.

16.    If Defendants do not pay the amounts due in paragraph 10 in full by the due dates in paragraphs 11 and 12, then Defendants consent to entry of a writ of execution pursuant to Rule 69 of the Federal Rules of Civil Procedure, to enforce this Consent Judgment's monetary terms. Such a writ of execution shall be limited to the pending balance of the Defendants' monetary obligations under this Consent Judgment, including any post-judgment interest, at the time such writ is issued. The Secretary may represent in filing for such a writ that Defendants consent to its issuance. Upon request from the Secretary, Defendants agree to furnish a complete and accurate list of their real, personal, and business property and other assets, including bank accounts with account numbers, that have an estimated value of $2,000.00 or more and the locations of such property for purposes of the Secretary seeking a Writ of Execution in accordance with this paragraph of the Consent Judgment.

17.    Any monies not distributed to employees, because of an inability to locate the proper persons or because of their refusal to accept it, shall be deposited by the Secretary into the Treasury of the United States as miscellaneous receipts under 29 U.S.C. § 216(c).

IT IS FURTHER ORDERED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action or claim under FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named

on the attached Exhibit A, nor as to any employee named on the attached Exhibit A for any period not specified therein.

ORDERED that each party shall bear their own fees, costs, and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended, to the date of entry of the Judgment herein; and, it is further

ORDERED that this Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.


Dated: _____        _____

                                        United States District Judge

For the Plaintiff:
MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour



KATHRYN A. PANACCIONE                    DATE: 8/25/25
Senior Trial Attorney


For Defendants:

The Defendants appear and hereby consent to the entry of this Judgment and waive
notice by the Clerk of Court.


Innovative Wall Systems, Inc., dba Alta Drywall



BY:                                      DATE: 08/26/2025



JASON SHANE BELLAMY                      DATE: 08/25/2025

Approved as to form:

KYLE KRING
Attorney for Defendants
Kring & Associates, APC

DATE: August 25, 2025

**Exhibit A**

| Last Name, First Name | Beginning Workweek Ending Date | Ending Workweek Ending Date |
|---|---|---|
| Acevedo Gonzalez, Hermenegildo | 7/14/2022 | 8/17/2023 |
| Acosta, Miguel | 8/10/2023 | 9/21/2023 |
| Aguiar Diaz, Francisco | 7/14/2022 | 12/8/2022 |
| Aguiar Diaz, Ismael | 7/14/2022 | 11/10/2022 |
| Aguiar Diaz, Sergio | 11/10/2022 | 12/8/2022 |
| Aguilar Baza, Benancio | 1/7/2021 | 9/23/2021 |
| Aguirre Benavides, Andres | 8/11/2022 | 8/25/2022 |
| Alcala Gonzalez, Martin | 7/6/2023 | 12/7/2023 |
| Aleman Jr, Manuel | 1/14/2021 | 12/14/2023 |
| Aleman Vazquez, Manuel | 2/18/2021 | 12/14/2023 |
| Alonso-Bernardion, Jose | 7/29/2021 | 7/29/2021 |
| Alvarez Sanchez, Nathaniel | 1/19/2023 | 2/9/2023 |
| Alvarez, Fernando | 4/28/2022 | 4/28/2022 |
| Amarillas, Regino | 10/20/2022 | 11/10/2022 |
| Andrade Lugo, Carlos | 1/21/2021 | 3/16/2023 |
| Anguiano Abrica, Jose Omar | 9/15/2022 | 11/10/2022 |
| Anguiano Ceja, Miguel | 5/19/2022 | 6/16/2022 |
| Anguiano Lopez, Enrique | 5/12/2022 | 10/13/2022 |
| Antonio Perez, Guilvin Saul | 6/29/2023 | 12/14/2023 |
| Aranda Torres, Miguel | 8/18/2022 | 3/16/2023 |
| Arellano Bustamante, Erika | 1/12/2023 | 7/13/2023 |
| Arellano, Cristian | 5/13/2021 | 3/2/2023 |
| Arellano, Ismael Lian | 1/12/2023 | 12/7/2023 |
| Arguellez Ochoa, Alan Evelio | 12/24/2020 | 12/24/2020 |

| # | Name | Date 1 | Date 2 |
|---|---|---|---|
| 1 | Armenta, Edgar | 8/5/2021 | 8/11/2022 |
| 2 | Armenta, Jorge Joel | 7/29/2021 | 7/29/2021 |
| 3 | Aron Cruz, Lucita | 8/5/2021 | 8/3/2023 |
| 4 | Aron Vasquez, Joel | 2/17/2022 | 2/16/2023 |
| 5 | Aron Vasquez, Santiago | 12/24/2020 | 11/25/2021 |
| 6 | Arriaga Guzman, Efrain | 1/28/2021 | 9/30/2021 |
| 7 | Ascencio Pereyra, Alonso | 7/22/2021 | 9/2/2021 |
| 8 | Avila, Christian | 3/18/2021 | 4/6/2023 |
| 9 | Avila, Daniel | 11/23/2023 | 11/23/2023 |
| 10 | Avila, Enrique | 6/8/2023 | 12/14/2023 |
| 11 | Baires Carranza, Javier Isai | 5/18/2023 | 6/22/2023 |
| 12 | Baires Carranza, Yobany | 9/16/2021 | 9/23/2021 |
| 13 | Balanzar Lorenzano, Rigoberto | 6/10/2021 | 8/26/2021 |
| 14 | Balanzar Martinez, Carlos Rotmel | 5/4/2023 | 12/14/2023 |
| 15 | Balbuena, Ivan | 7/13/2023 | 12/7/2023 |
| 16 | Ballestero, Roberto | 9/28/2023 | 9/28/2023 |
| 17 | Banda Flores, Alfredo | 4/8/2021 | 9/7/2023 |
| 18 | Barerra Camargo, Fabian Ari | 7/21/2022 | 12/8/2022 |
| 19 | Barrera Mozo, Gabino | 6/1/2023 | 6/1/2023 |
| 20 | Barrera Saldivar, Javier | 8/19/2021 | 10/27/2022 |
| 21 | Barrera, Miguel | 4/27/2023 | 12/14/2023 |
| 22 | Barreras Garcia, Alan | 7/15/2021 | 7/15/2021 |
| 23 | Bello Morales, Miguel Eduardo | 5/25/2023 | 7/13/2023 |
| 24 | Beltran, Rigoberto Noriega | 12/24/2020 | 12/14/2023 |
| 25 | Benavides, Margarito | 3/4/2021 | 3/4/2021 |
| 26 | Berlin Cantero, Alejandro | 12/24/2020 | 7/28/2022 |
| 27 | Bernal Cruz, Oscar | 10/5/2023 | 10/26/2023 |
| | Bernal Garcia, Julio Cesar | 1/12/2023 | 4/13/2023 |
| | Bernal, Raymundo | 3/2/2023 | 3/2/2023 |
| | Botello Garcia, Rogelio | 7/28/2022 | 10/27/2022 |

| | | |
|---|---|---|
| 1 | Bustos, Jonathan | 9/7/2023 | 9/28/2023 |
| 2 | Cacho Sanchez, Fernando | 10/6/2022 | 10/6/2022 |
| 3 | Cadenas, Carmelo | 9/8/2022 | 9/29/2022 |
| 4 | Calletano Bibiano, Luis | 12/15/2022 | 3/2/2023 |
| 5 | Camacho Hurtado, Juventino | 12/24/2020 | 8/31/2023 |
| 6 | Camacho, Eduardo | 10/20/2022 | 11/10/2022 |
| 7 | Camacho, Gustavo | 4/20/2023 | 11/16/2023 |
| 8 | Cardenas, Adan | 10/27/2022 | 3/30/2023 |
| 9 | Caro Hernandez, Eliazar | 1/28/2021 | 10/6/2022 |
| 10 | Carreras, Jesus | 6/10/2021 | 7/15/2021 |
| 11 | Carrillo Bello, Gerardo | 3/11/2021 | 9/23/2021 |
| 12 | Carrillo Bello, Luis Gerardo | 6/8/2023 | 7/13/2023 |
| 13 | Carrillo Bello, Reymundo | 8/5/2021 | 7/13/2023 |
| 14 | Carrillo Mora, Fidel | 5/5/2022 | 7/13/2023 |
| 15 | Carrillo, Oscar | 8/31/2023 | 11/23/2023 |
| 16 | Carrillo, Sergio | 5/25/2023 | 6/1/2023 |
| 17 | Castaneda, Gustavo | 10/27/2022 | 10/27/2022 |
| 18 | Castillo Cuevas, Erick | 3/11/2021 | 11/2/2023 |
| 19 | Castillo Rojas, Maria | 10/19/2023 | 10/19/2023 |
| 20 | Castillo, Humberto | 11/30/2023 | 11/30/2023 |
| 21 | Castillo, Moises | 8/25/2022 | 10/13/2022 |
| 22 | Castro Arevalos, Antonio De Jesus | 10/20/2022 | 2/9/2023 |
| 23 | Castro Arevalos, Luis Angel | 10/20/2022 | 2/16/2023 |
| 24 | Castro Ramirez, Eric | 1/14/2021 | 9/15/2022 |
| 25 | Castro Renteria, Antonio | 2/9/2023 | 3/2/2023 |
| 26 | Castro, Sergio | 4/8/2021 | 4/8/2021 |
| 27 | Cayetano Garin, Fernando | 3/16/2023 | 8/10/2023 |
| 28 | Cedillo, Alejandro | 4/15/2021 | 10/7/2021 |
| | Cedillo, Armando | 9/8/2022 | 11/17/2022 |
| | Cedillo, Firio | 2/16/2023 | 2/16/2023 |

| | | | |
|---|---|---|---|
| 1 | Cervantes Gonzalez, Jorge | 7/6/2023 | 12/7/2023 |
| 2 | Chan, Edgar | 7/15/2021 | 7/22/2021 |
| 3 | Chaves Rosales, Juan | 9/23/2021 | 10/6/2022 |
| 4 | Chavez Sandoval, Jose | 7/15/2021 | 7/15/2021 |
| 5 | Chavez, Gustavo | 8/26/2021 | 9/2/2021 |
| 6 | Chi, Ivan | 1/26/2023 | 9/28/2023 |
| 7 | Cisneros Vasquez, Fabian | 1/14/2021 | 2/9/2023 |
| 8 | Cisneros, Mario | 2/11/2021 | 2/9/2023 |
| 9 | Contreras Garcia, Julio Cesar | 12/1/2022 | 4/13/2023 |
| 10 | Contreras Padilla, Hugo | 4/20/2023 | 12/14/2023 |
| 11 | Contreras, Gerardo | 6/8/2023 | 11/16/2023 |
| 12 | Coria Zarazua, Cristian | 5/11/2023 | 9/21/2023 |
| 13 | Corona, Mario Alberto | 9/14/2023 | 9/14/2023 |
| 14 | Corrales, Armando | 10/21/2021 | 9/29/2022 |
| 15 | Cota Hinojosa, Andres | 10/12/2023 | 12/7/2023 |
| 16 | Cota, Eduardo | 6/24/2021 | 12/8/2022 |
| 17 | Cruz, Juan | 5/13/2021 | 3/2/2023 |
| 18 | Cuevas Benitez, Esequiel | 7/20/2023 | 12/14/2023 |
| 19 | De La Cruz Monroy, Manolo | 1/28/2021 | 2/9/2023 |
| 20 | De La O Campos, Hermenegildo | 11/9/2023 | 11/9/2023 |
| 21 | De Loza Arredondo, Martin | 12/15/2022 | 1/19/2023 |
| 22 | De Loza, Jose | 10/27/2022 | 12/8/2022 |
| 23 | Demilagroflorescasil, Maria Margarita | 10/26/2023 | 10/26/2023 |
| 24 | Diaz Beltran, Victor | 9/21/2023 | 10/19/2023 |
| 25 | Diaz, Jonathan Isaiah | 6/24/2021 | 8/12/2021 |
| 26 | Dominguez, Alejandro | 1/28/2021 | 9/30/2021 |
| 27 | Dominguez, Jaime | 12/31/2020 | 12/7/2023 |
| 28 | Doroteo Solis, Eduardo | 4/27/2023 | 12/14/2023 |
| | Duarte, Miguel | 3/18/2021 | 12/1/2022 |
| | Duran Avelar, Yahir | 4/13/2023 | 5/4/2023 |

| # | Name | Date 1 | Date 2 |
|---|---|---|---|
| 1 | Echavarria Soria, Victor Jesus | 2/9/2023 | 3/9/2023 |
| 2 | Echevarria A, Martin | 6/10/2021 | 8/26/2021 |
| 3 | Escalante, Felipe | 12/24/2020 | 12/22/2022 |
| 4 | Escobar, Jesus | 7/27/2023 | 12/14/2023 |
| 5 | Espinosa Pinto, Jaime | 6/2/2022 | 4/6/2023 |
| 6 | Espitia Guillen, Agustin | 12/24/2020 | 10/20/2022 |
| 7 | Espitia Guillen, Jose Fernando | 2/17/2022 | 6/2/2022 |
| 8 | Espitia Guillen, Octavio | 12/24/2020 | 4/13/2023 |
| 9 | Estrada Rojas, Gustavo | 6/23/2022 | 10/27/2022 |
| 10 | Estrada, Nancy | 9/16/2021 | 12/14/2023 |
| 11 | Fermin, Juan | 8/26/2021 | 8/26/2021 |
| 12 | Fernandez, Pablo | 7/20/2023 | 10/12/2023 |
| 13 | Figueroa Ramirez, Jose Manuel | 7/29/2021 | 8/12/2021 |
| 14 | Figueroa, Benito | 6/15/2023 | 8/3/2023 |
| 15 | Figueroa, Jose | 12/24/2020 | 1/7/2021 |
| 16 | Flores Avila, Omar Antonio | 8/5/2021 | 9/16/2021 |
| 17 | Flores Garcia, Juan | 4/7/2022 | 4/7/2022 |
| 18 | Flores Jr, Juan Antonio | 4/7/2022 | 4/14/2022 |
| 19 | Flores Reyes, Wilivaldo | 12/29/2022 | 9/14/2023 |
| 20 | Flores, Alejandro | 8/3/2023 | 10/12/2023 |
| 21 | Flores, Antonio | 3/11/2021 | 9/22/2022 |
| 22 | Flores, Felipe Angel | 6/17/2021 | 7/1/2021 |
| 23 | Flores, Ivan | 11/9/2023 | 11/16/2023 |
| 24 | Flores, Juan | 5/11/2023 | 5/18/2023 |
| 25 | Flores, Juan Manuel | 7/8/2021 | 2/10/2022 |
| 26 | Flores, Osvaldo | 1/21/2021 | 10/28/2021 |
| 27 | Flores-Casillas, Wiliberto | 10/19/2023 | 10/19/2023 |
| 28 | Fuentes Lucas, Patricio | 10/13/2022 | 3/30/2023 |
|  | Fuentes Ocanas, Carlos | 10/14/2021 | 7/20/2023 |
|  | Fuentes, Jesus | 2/25/2021 | 7/27/2023 |

| | | | |
|---|---|---|---|
| 1 | Galeana Garcia, Arturo | 11/16/2023 | 11/16/2023 |
| 2 | Gallegos Hernandez, Emmanuel | 1/14/2021 | 12/15/2022 |
| 3 | Gallegos Juarez, Juan J | 10/27/2022 | 11/3/2022 |
| 4 | Gallegos Martinez, Jonathan | 11/9/2023 | 11/9/2023 |
| 5 | Gallegos Sanchez, Juan J | 10/27/2022 | 11/3/2022 |
| 6 | Gallegos Tello, Jose Manuel | 9/30/2021 | 4/20/2023 |
| 7 | Gallegos, Jose | 1/14/2021 | 10/12/2023 |
| 8 | Gallegos, Jose Martin | 12/31/2020 | 9/16/2021 |
| 9 | Gallegos, Teresa | 1/7/2021 | 7/6/2023 |
| 10 | Galvan, Jose Luz | 8/24/2023 | 12/14/2023 |
| 11 | Garcia Aguas, Francisco | 2/18/2021 | 9/15/2022 |
| 12 | Garcia Aguas, Orlando | 1/27/2022 | 1/27/2022 |
| 13 | Garcia Bocanegra, Arturo | 12/31/2020 | 11/17/2022 |
| 14 | Garcia Gonzalez, Sabas | 4/20/2023 | 11/30/2023 |
| 15 | Garcia Guzman, Dylan | 4/20/2023 | 9/21/2023 |
| 16 | Garcia Lopez, Carlos | 9/8/2022 | 9/8/2022 |
| 17 | Garcia Munoz, Francisco | 7/13/2023 | 9/14/2023 |
| 18 | Garcia Perez, Luis | 2/18/2021 | 1/26/2023 |
| 19 | Garcia Perez, Miguel Angel | 1/27/2022 | 9/8/2022 |
| 20 | Garcia Sarmiento, Carlos | 12/24/2020 | 11/30/2023 |
| 21 | Garcia Tomas, Leopoldo | 5/27/2021 | 8/19/2021 |
| 22 | Garcia Zarazua, Armando | 12/31/2020 | 7/22/2021 |
| 23 | Garcia Zarazua, Daniel | 2/18/2021 | 1/19/2023 |
| 24 | Garcia Zazueta, Marcello | 11/3/2022 | 11/30/2023 |
| 25 | Garcia, Alejandro | 6/3/2021 | 7/1/2021 |
| 26 | Garcia, Alex | 3/25/2021 | 12/16/2021 |
| 27 | Garcia, Baldemar | 1/21/2021 | 1/19/2023 |
| 28 | Garcia, Carlos | 11/9/2023 | 11/9/2023 |
| | Garcia, Jonathan | 6/23/2022 | 12/14/2023 |
| | Garcia, Natanael | 12/24/2020 | 12/14/2023 |

| | | | |
|---|---|---|---|
| 1 | Garcia, Orlando | 12/31/2020 | 2/18/2021 |
| 2 | Garcia, Oscar | 9/29/2022 | 3/30/2023 |
| 3 | Garcia, Sabas | 12/24/2020 | 3/23/2023 |
| 4 | Garduno, Armando | 1/21/2021 | 8/3/2023 |
| 5 | Garduno, Carlos Uriel | 4/27/2023 | 8/24/2023 |
| 6 | Garduno, Eduardo | 11/17/2022 | 12/8/2022 |
| 7 | Garnica, Edie | 12/24/2020 | 10/28/2021 |
| 8 | Garsias Soto, Luis | 12/24/2020 | 8/25/2022 |
| 9 | Garza, Arturo | 4/20/2023 | 12/14/2023 |
| 10 | Gaspar, Geremias Juan | 1/14/2021 | 8/5/2021 |
| 11 | Gaspar, Luis Juan | 1/7/2021 | 2/9/2023 |
| 12 | Gatica Nava, Ricardo | 1/28/2021 | 1/26/2023 |
| 13 | Gomez Ayala, Felipe | 12/24/2020 | 9/16/2021 |
| 14 | Gomez Miranda, Gilberto | 9/14/2023 | 9/14/2023 |
| 15 | Gomez, Gilberto | 1/12/2023 | 2/2/2023 |
| 16 | Gonzales Cruz, Luis Fernando | 12/1/2022 | 12/14/2023 |
| 17 | Gonzales Soto, Luis Mariano | 5/20/2021 | 9/14/2023 |
| 18 | Gonzalez Gonzalez, Eusebio | 1/19/2023 | 3/2/2023 |
| 19 | Gonzalez, Carlos | 9/22/2022 | 10/20/2022 |
| 20 | Gonzalez, David | 4/29/2021 | 5/6/2021 |
| 21 | Gonzalez, Esteban | 11/24/2022 | 9/28/2023 |
| 22 | Gonzalez, Jorge | 1/14/2021 | 1/14/2021 |
| 23 | Gonzalez, Jose Ignacio | 9/15/2022 | 9/29/2022 |
| 24 | Gonzalez, Omar Blanco | 6/24/2021 | 8/12/2021 |
| 25 | Gonzalez, Tomas | 4/20/2023 | 12/14/2023 |
| 26 | Gonzalez-Echevarria, Humberto | 12/31/2020 | 6/17/2021 |
| 27 | Grivno, Jesse | 5/19/2022 | 12/7/2023 |
| 28 | Guel, Erik | 3/31/2022 | 8/17/2023 |
| | Guel, Jaime | 3/31/2022 | 8/17/2023 |
| | Guerrero Gomez, Vicente | 1/14/2021 | 4/6/2023 |

| | | |
|---|---|---|
| Guerrero Moreno, Lorenzo | 4/20/2023 | 9/21/2023 |
| Guerrero Resendiz, Manuel | 10/27/2022 | 4/13/2023 |
| Gutierrez, Jose | 5/19/2022 | 6/16/2022 |
| Gutierrez, Omar | 1/6/2022 | 12/14/2023 |
| Guzman M, Jose | 6/15/2023 | 12/14/2023 |
| Guzman M, Ricardo | 5/13/2021 | 3/16/2023 |
| Guzman Magana, Carlos | 4/8/2021 | 8/31/2023 |
| Guzman Magana, Jose | 1/14/2021 | 3/23/2023 |
| Guzman Magana, Ricardo | 8/17/2023 | 8/17/2023 |
| Guzman Ortiz, Julian | 12/1/2022 | 4/13/2023 |
| Haro Iturrios, Omar | 5/11/2023 | 11/30/2023 |
| Hernandez Alpizar, Jose | 3/18/2021 | 2/16/2023 |
| Hernandez Castelan, Jesus Antonio | 9/2/2021 | 9/2/2021 |
| Hernandez Cayetano, Jorge | 7/7/2022 | 12/14/2023 |
| Hernandez Jimenez, Israel | 8/31/2023 | 11/2/2023 |
| Hernandez Juarez, Alberto | 4/7/2022 | 2/23/2023 |
| Hernandez Medel, Esteban | 10/20/2022 | 11/3/2022 |
| Hernandez Mendoza, Juan | 11/24/2022 | 9/7/2023 |
| Hernandez Perez, Jacinto | 4/20/2023 | 12/7/2023 |
| Hernandez Ramirez, Alexander | 12/15/2022 | 12/14/2023 |
| Hernandez Romero, Pedro Fernando | 11/2/2023 | 12/14/2023 |
| Hernandez Sierra, Jorge Luis | 12/24/2020 | 4/27/2023 |
| Hernandez Velasco, Jesus | 3/11/2021 | 12/14/2023 |
| Hernandez, Adan | 4/29/2021 | 12/16/2021 |
| Hernandez, Antonio | 1/21/2021 | 5/4/2023 |
| Hernandez, Erickberto | 5/19/2022 | 11/9/2023 |
| Hernandez, Evic Alberto | 7/1/2021 | 2/16/2023 |
| Hernandez, Fernando | 4/15/2021 | 8/19/2021 |
| Hernandez, Freddie | 11/10/2022 | 3/9/2023 |
| Hernandez, Jacinto | 4/22/2021 | 4/13/2023 |

| | | | |
|---|---|---|---|
| 1 | Hernandez, Luis A | 12/1/2022 | 4/13/2023 |
| 2 | Hernandez, Pablo | 2/11/2021 | 5/19/2022 |
| 3 | Hernandez, Pedro | 6/22/2023 | 11/16/2023 |
| 4 | Hernandez-Bautista, Jorge Gamaliel | 5/4/2023 | 9/14/2023 |
| 5 | Herrera Lara, Walter | 6/22/2023 | 9/7/2023 |
| 6 | Higareda, Luis | 11/10/2022 | 8/17/2023 |
| 7 | Higuera Mendoza, Josue Daniel | 5/12/2022 | 7/13/2023 |
| 8 | Hinojosa Munoz, Enrique | 3/30/2023 | 12/7/2023 |
| 9 | Hinojosa, Ruben | 3/30/2023 | 12/7/2023 |
| 10 | Holguin Navarro, Roberto | 4/1/2021 | 12/1/2022 |
| 11 | Huante Vega, Delia | 4/15/2021 | 9/16/2021 |
| 12 | Hurtado, Jose Dolores | 12/31/2020 | 7/1/2021 |
| 13 | Ibarra C, Jorge | 3/31/2022 | 11/10/2022 |
| 14 | Ibarra Castaneda, Gabriel | 1/5/2023 | 2/16/2023 |
| 15 | Ibarra Martinez, Antonio | 12/24/2020 | 4/6/2023 |
| 16 | Ibarra, Gabriel | 3/24/2022 | 12/29/2022 |
| 17 | Isquierdo Jimenez, Ruben | 5/12/2022 | 4/6/2023 |
| 18 | Jimenez Romero, Tomas | 1/7/2021 | 9/9/2021 |
| 19 | Jimenez, Jose Luis | 4/20/2023 | 11/2/2023 |
| 20 | Jimenez, Luis | 1/7/2021 | 3/23/2023 |
| 21 | Juarez Quintanilla, Iveth | 4/27/2023 | 6/22/2023 |
| 22 | Juarez, Andrey | 12/31/2020 | 2/25/2021 |
| 23 | Lamas Ortiz, Omar | 12/24/2020 | 4/13/2023 |
| 24 | Lara, Adan | 6/23/2022 | 11/3/2022 |
| 25 | Lara, Brian | 1/27/2022 | 1/27/2022 |
| 26 | Lastre, Eduardo | 1/5/2023 | 1/5/2023 |
| 27 | Lazarit, Librado | 6/8/2023 | 6/8/2023 |
| 28 | Ledesma Gonzalez, Diego | 7/6/2023 | 12/7/2023 |
| | Ledesma Sanchez, Ramiro | 8/19/2021 | 8/19/2021 |
| | Levi, Jesus | 2/11/2021 | 11/17/2022 |

| | | | |
|---|---|---|---|
| 1 | Loenzo Gallo, Miguel | 12/1/2022 | 12/22/2022 |
| 2 | Lopez Bello, Adolfo | 3/11/2021 | 9/30/2021 |
| 3 | Lopez Cruz, Juan | 3/10/2022 | 3/23/2023 |
| 4 | Lopez Garcia, Humberto | 3/4/2021 | 1/19/2023 |
| 5 | Lopez Gomez, Francisco Rogelio | 6/2/2022 | 12/7/2023 |
| 6 | Lopez Gonzalez, Joel | 4/22/2021 | 4/13/2023 |
| 7 | Lopez Hernandez, Miguel Angel | 7/7/2022 | 1/19/2023 |
| 8 | Lopez Hernandez, Misael | 6/30/2022 | 6/30/2022 |
| 9 | Lopez Martinez, Kevin | 10/26/2023 | 12/14/2023 |
| 10 | Lopez Morales, Erick Alexander | 7/1/2021 | 9/15/2022 |
| 11 | Lopez Ortega, Armando | 9/23/2021 | 1/19/2023 |
| 12 | Lopez Ramirez, Alex | 7/15/2021 | 9/2/2021 |
| 13 | Lopez Ramirez, Juan | 5/20/2021 | 1/27/2022 |
| 14 | Lopez Solis, Gonzalo | 4/6/2023 | 10/5/2023 |
| 15 | Lopez, Adrian | 12/24/2020 | 6/24/2021 |
| 16 | Lopez, Daniel | 8/4/2022 | 8/25/2022 |
| 17 | Lopez, David | 5/11/2023 | 8/17/2023 |
| 18 | Lopez, Gilberto | 12/31/2020 | 4/8/2021 |
| 19 | Lopez, Hector | 8/19/2021 | 9/8/2022 |
| 20 | Lopez, Isidro | 2/18/2021 | 11/17/2022 |
| 21 | Lopez, Javier | 12/24/2020 | 4/15/2021 |
| 22 | Lopez, Jesus | 1/12/2023 | 8/17/2023 |
| 23 | Lopez, Jose | 7/15/2021 | 7/15/2021 |
| 24 | Lopez, Manuel | 9/16/2021 | 10/20/2022 |
| 25 | Lorenzo Gallo, Miguel | 12/29/2022 | 8/3/2023 |
| 26 | Loyola Hernandez, Jose | 1/21/2021 | 4/13/2023 |
| 27 | Lucas, Francisco | 7/1/2021 | 2/10/2022 |
| 28 | Lucas, Orlando | 7/8/2021 | 2/10/2022 |
| | Lugo, Maurilio | 2/18/2021 | 3/25/2021 |
| | Luna Torres, Mario | 1/21/2021 | 4/27/2023 |

| | | |
|---|---|---|
| Maldonado-Lugo, Alfredo | 2/18/2021 | 2/2/2023 |
| Mancera, Pedro | 12/24/2020 | 10/19/2023 |
| Marin, Maria | 4/20/2023 | 4/20/2023 |
| Marquez, Julian | 4/29/2021 | 9/14/2023 |
| Marquez, Steven Angel | 8/5/2021 | 8/26/2021 |
| Martines, Jose | 12/24/2020 | 7/21/2022 |
| Martinez Beltran, Eder | 10/7/2021 | 10/7/2021 |
| Martinez Felipe, Javier | 4/13/2023 | 11/30/2023 |
| Martinez Hernandez, Cesar | 7/21/2022 | 10/12/2023 |
| Martinez Hernandez, Diego | 2/18/2021 | 2/18/2021 |
| Martinez Hernandez, Eliazar | 1/7/2021 | 10/12/2023 |
| Martinez Leyva, Javier | 7/15/2021 | 7/15/2021 |
| Martinez Lopez, Jesus | 1/14/2021 | 12/7/2023 |
| Martinez Lopez, Jorge Joel | 1/14/2021 | 12/7/2023 |
| Martinez Lopez, Raul | 2/4/2021 | 8/12/2021 |
| Martinez Sandoval, Mario | 8/12/2021 | 8/12/2021 |
| Martinez, Alexis | 1/14/2021 | 10/12/2023 |
| Martinez, Arturo | 12/24/2020 | 2/16/2023 |
| Martinez, Aurelio | 4/15/2021 | 12/9/2021 |
| Martinez, Cristian | 4/15/2021 | 12/9/2021 |
| Martinez, Jose | 4/1/2021 | 2/2/2023 |
| Martinez, Jose Luis | 8/12/2021 | 8/19/2021 |
| Martinez, Juan Carlos | 8/25/2022 | 2/16/2023 |
| Martinez, Julio | 4/20/2023 | 11/16/2023 |
| Martinez, Rogelio | 5/18/2023 | 8/17/2023 |
| Martinez, Victor | 2/18/2021 | 4/28/2022 |
| Mata, Jose Ricardo | 12/22/2022 | 8/3/2023 |
| Matel, Marcos | 9/23/2021 | 9/29/2022 |
| Medina Mancera, Armando | 6/24/2021 | 8/26/2021 |
| Medina, David Armando | 6/24/2021 | 8/26/2021 |

| | | |
|---|---|---|
| Mejia C, Jorge | 5/20/2021 | 6/3/2021 |
| Mejia, Lazaro | 5/27/2021 | 5/27/2021 |
| Mendez Ruiz, Francisco | 6/29/2023 | 7/20/2023 |
| Mendez, Emiliano | 4/20/2023 | 12/14/2023 |
| Mendoza, Armando | 6/17/2021 | 9/16/2021 |
| Mendoza, Jose | 4/20/2023 | 12/14/2023 |
| Menses Garcia, Salvador | 10/6/2022 | 11/3/2022 |
| Mesina, Edgar Josue | 3/24/2022 | 3/24/2022 |
| Millan Baza, Jorge | 6/23/2022 | 10/27/2022 |
| Miranda Andrade, Joanna Jasmin | 4/20/2023 | 8/31/2023 |
| Miranda Haro, Francisco G | 11/23/2023 | 11/23/2023 |
| Miranda, Lorenzo | 3/4/2021 | 6/10/2021 |
| Mojica, Damian | 9/22/2022 | 12/8/2022 |
| Monarrez, Jose | 5/19/2022 | 5/19/2022 |
| Moncada, Diego | 7/13/2023 | 8/24/2023 |
| Mondragon Mojica, Enrique | 7/14/2022 | 9/8/2022 |
| Montesinos, Jose | 1/14/2021 | 2/11/2021 |
| Montesinos, Maico | 1/14/2021 | 1/14/2021 |
| Montez, Daniel | 11/30/2023 | 11/30/2023 |
| Mora Estrada, Hector Rene | 7/15/2021 | 7/22/2021 |
| Morales Rodriguez, Juan | 12/1/2022 | 10/12/2023 |
| Morales Rosales, Fernando Jose | 5/25/2023 | 6/1/2023 |
| Morales Torres, Arturo | 11/23/2023 | 11/23/2023 |
| Morales, Carlos | 4/22/2021 | 3/23/2023 |
| Moreno Coronel, Guillermo | 4/15/2021 | 4/15/2021 |
| Moreno Prado, Hugo | 2/10/2022 | 2/10/2022 |
| Moreno, Francisco | 12/8/2022 | 4/13/2023 |
| Moreno, Josue | 4/28/2022 | 4/28/2022 |
| Mota Rangel, Jose | 2/11/2021 | 5/26/2022 |
| Mozo Atempa, Roberto | 2/11/2021 | 5/11/2023 |

| | | | |
|---|---|---|---|
| 1 | Mozo, Roberto | 6/1/2023 | 6/1/2023 |
| 2 | Muennich, Estevan | 6/17/2021 | 9/8/2022 |
| 3 | Munguia Castaneda, Rafael | 7/7/2022 | 12/15/2022 |
| 4 | Munguia, Rafael | 7/7/2022 | 12/15/2022 |
| 5 | Narvaez Tovar, Cesar | 4/8/2021 | 12/14/2023 |
| 6 | Narvaez Tovar, Emilio | 12/24/2020 | 12/14/2023 |
| 7 | Navarrete, Emilio | 9/28/2023 | 9/28/2023 |
| 8 | Nazario Morales, Gerardo | 9/14/2023 | 10/19/2023 |
| 9 | Nicolas Aguilar, Luis Manuel | 2/25/2021 | 5/4/2023 |
| 10 | Nunez Peralta, Francisco Javier | 1/12/2023 | 1/12/2023 |
| 11 | Ochoa, Juan Antonio | 6/29/2023 | 8/24/2023 |
| 12 | Ojeda, Filiberto | 5/27/2021 | 9/16/2021 |
| 13 | Olan Cruz, Luis Alberto | 1/21/2021 | 9/21/2023 |
| 14 | Olan De La Cruz, Manuel A | 1/21/2021 | 9/16/2021 |
| 15 | Olan Mosqueda, Martin | 12/24/2020 | 5/27/2021 |
| 16 | Olvera, Andres | 11/10/2022 | 11/24/2022 |
| 17 | Olvera, Maria De La Paz | 12/29/2022 | 12/29/2022 |
| 18 | Oregel Valencia, Maria | 6/22/2023 | 11/9/2023 |
| 19 | Ornelas De Posada, Yolanda | 5/27/2021 | 7/22/2021 |
| 20 | Ornelas, Juan Carlos | 12/24/2020 | 12/1/2022 |
| 21 | Ortiz, Marcos | 4/8/2021 | 9/15/2022 |
| 22 | Padilla Sanchez, Amed | 3/3/2022 | 9/1/2022 |
| 23 | Padilla, Javier | 2/18/2021 | 4/6/2023 |
| 24 | Paisan, Arturo | 8/19/2021 | 5/19/2022 |
| 25 | Palacios Gonzalez, Estevan | 3/18/2021 | 10/21/2021 |
| 26 | Parra Anaya, Brandon | 7/27/2023 | 8/3/2023 |
| 27 | Patino, David | 4/15/2021 | 4/15/2021 |
| 28 | Payan Astorga, Juan | 2/2/2023 | 2/9/2023 |
| | Paz Sandoval, Eduardo | 8/12/2021 | 7/20/2023 |
| | Paz, Javier | 1/7/2021 | 8/12/2021 |

| | | | |
|---|---|---|---|
| 1 | Pedroza, Edgar | 10/7/2021 | 11/3/2022 |
| 2 | Pelcastre P, Jose | 12/24/2020 | 4/13/2023 |
| 3 | Pelcastre Rios, Mario | 4/8/2021 | 9/15/2022 |
| 4 | Pena, Mayrim Icel | 9/9/2021 | 9/9/2021 |
| 5 | Perea Ruiz, Cynthia | 8/11/2022 | 8/11/2022 |
| 6 | Perez Figueroa, Jose | 6/15/2023 | 12/14/2023 |
| 7 | Perez G, Antonio | 4/20/2023 | 11/30/2023 |
| 8 | Perez Mendoza, Marcial | 6/10/2021 | 7/7/2022 |
| 9 | Perez Rojas, Daniel | 2/25/2021 | 1/12/2023 |
| 10 | Perez Soto, Leonardo | 4/27/2023 | 9/21/2023 |
| 11 | Perez Vixtha, Marcial | 5/5/2022 | 7/28/2022 |
| 12 | Perez, Francisco | 6/16/2022 | 1/12/2023 |
| 13 | Perez, Juan | 4/15/2021 | 12/8/2022 |
| 14 | Perez, Lorenzo | 8/19/2021 | 9/9/2021 |
| 15 | Perez, Lucas | 11/10/2022 | 3/9/2023 |
| 16 | Perez, Luis | 1/14/2021 | 6/30/2022 |
| 17 | Perez, Mario | 7/20/2023 | 12/14/2023 |
| 18 | Pienado Guerra, Hector | 7/27/2023 | 12/14/2023 |
| 19 | Pineda, Jesus Alfredo | 3/11/2021 | 8/31/2023 |
| 20 | Pintor Leal, Isaac | 7/22/2021 | 7/22/2021 |
| 21 | Pliego Cadenas, Emmanuel | 3/2/2023 | 10/12/2023 |
| 22 | Pliego Cadenas, Sebastian | 7/1/2021 | 12/7/2023 |
| 23 | Portillo, Edwin | 4/20/2023 | 11/23/2023 |
| 24 | Presa Arellano, Carlos | 8/26/2021 | 3/2/2023 |
| 25 | Presa Sandoval, Ramiro | 1/14/2021 | 3/30/2023 |
| 26 | Quezada, Jesus | 9/1/2022 | 1/26/2023 |
| 27 | Quintero Hurtado, Omar | 1/21/2021 | 2/2/2023 |
| 28 | Ramirez Gonzalez, Sergio | 8/3/2023 | 11/30/2023 |
| | Ramirez Lujan, Carlos Adrian | 8/10/2023 | 8/10/2023 |
| | Ramirez, Luis | 11/17/2022 | 5/18/2023 |

| | | |
|---|---|---|
| Ramirez, Rafael | 1/14/2021 | 2/11/2021 |
| Ramirez, Sergio | 2/4/2021 | 1/19/2023 |
| Ramos Aguilar, Fernando | 4/27/2023 | 12/7/2023 |
| Ramos Cabrera, Alejandro | 11/4/2021 | 12/14/2023 |
| Ramos Cabrera, Rene | 10/27/2022 | 8/3/2023 |
| Rangel, Oscar | 6/16/2022 | 9/21/2023 |
| Razo, Adrian Ruben | 1/27/2022 | 10/27/2022 |
| Renteria Nambo, Horacio | 12/24/2020 | 11/4/2021 |
| Renteria, Candido | 1/7/2021 | 10/14/2021 |
| Renteria, Jose Luis | 1/7/2021 | 12/14/2023 |
| Resendiz Aguas, Jose Abraham | 6/23/2022 | 9/8/2022 |
| Resendiz, Juan | 1/6/2022 | 5/11/2023 |
| Reyes Ayala, Benjamin | 1/14/2021 | 12/14/2023 |
| Reyes Jimenez, Emmanuel | 6/23/2022 | 6/23/2022 |
| Reyes, Benjamin Andrew | 1/14/2021 | 12/7/2023 |
| Reyna Aguirre, Martin | 3/4/2021 | 8/3/2023 |
| Rios Caro, Luis | 2/3/2022 | 9/28/2023 |
| Rios Castro, Mario | 4/27/2023 | 7/27/2023 |
| Rios Hernandez, Moises | 3/30/2023 | 4/20/2023 |
| Rios, Claudia | 3/24/2022 | 12/14/2023 |
| Rios-Caro, Luis | 1/14/2021 | 10/28/2021 |
| Rivera Renovato, Jose Ascencion | 4/21/2022 | 8/31/2023 |
| Rivera Renovato, Pedro | 12/24/2020 | 12/14/2023 |
| Rivera Rodas, Fernando | 6/8/2023 | 11/9/2023 |
| Rivera Torres, Eduardo | 10/12/2023 | 12/14/2023 |
| Rivera, Mario | 7/8/2021 | 12/8/2022 |
| Robles Reynoso, Christian | 7/13/2023 | 12/7/2023 |
| Rocha, Christian Ivan | 7/21/2022 | 4/13/2023 |
| Rodriguez Baires, Jose Wilfredo | 6/22/2023 | 11/9/2023 |
| Rodriguez Jr, Ricardo | 2/10/2022 | 4/6/2023 |

| | | | |
|---|---|---|---|
| 1 | Rodriguez Jr., Eliud | 4/8/2021 | 4/15/2021 |
| 2 | Rodriguez Olivarez, Alejandro Jovany | 5/27/2021 | 6/15/2023 |
| 3 | Rodriguez Salgado, Luis Enrique | 11/23/2023 | 11/23/2023 |
| 4 | Rodriguez, Alberto | 9/15/2022 | 1/26/2023 |
| 5 | Rodriguez, Antonio | 12/24/2020 | 11/9/2023 |
| 6 | Rodriguez, Elmer Omar | 2/23/2023 | 3/2/2023 |
| 7 | Rodriguez, Fabiola | 9/22/2022 | 10/13/2022 |
| 8 | Rodriguez, Fernando | 12/24/2020 | 11/9/2023 |
| 9 | Rodriguez, Giezi Caleb | 6/24/2021 | 6/24/2021 |
| 10 | Rodriguez, Jermaine Anibal | 2/23/2023 | 3/2/2023 |
| 11 | Rodriguez, Maria | 5/12/2022 | 1/19/2023 |
| 12 | Rodriguez-Cadenas, Adrian | 3/30/2023 | 3/30/2023 |
| 13 | Rojas Mendoza, Gary Alexander | 10/27/2022 | 10/27/2022 |
| 14 | Rojas Torres, Oscar Rosendo | 5/4/2023 | 5/4/2023 |
| 15 | Rojas Vivas, Gregorio | 12/31/2020 | 10/5/2023 |
| 16 | Rojas, Ernesto | 8/24/2023 | 9/28/2023 |
| 17 | Roman Cervantes, Luis Alberto | 8/17/2023 | 12/7/2023 |
| 18 | Roman Cervantes, Luiz Gesus | 8/24/2023 | 9/7/2023 |
| 19 | Romanillo Urias, Dina Mara | 6/10/2021 | 6/10/2021 |
| 20 | Rosas Jimenez, Jose Christian | 8/10/2023 | 12/14/2023 |
| 21 | Rosas Romero, Miguel | 9/29/2022 | 10/27/2022 |
| 22 | Rosas, Armando | 8/10/2023 | 12/14/2023 |
| 23 | Ruano Ii, Oscar | 5/25/2023 | 6/29/2023 |
| 24 | Rubio, Hector | 6/29/2023 | 8/24/2023 |
| 25 | Rufino, Isauro | 4/22/2021 | 5/4/2023 |
| 26 | Rufino, Luis | 5/5/2022 | 11/23/2023 |
| 27 | Ruiz, Mario | 12/24/2020 | 3/31/2022 |
| 28 | Saintil, Jhonny | 8/31/2023 | 9/28/2023 |
| | Salas, Jose | 1/12/2023 | 3/2/2023 |
| | Salazar, Nayeli Nancy | 12/24/2020 | 12/14/2023 |

| | | | |
|---|---|---|---|
| 1 | Salazar-Rivera, Cesar O | 1/28/2021 | 8/10/2023 |
| 2 | Saldana, Richard | 5/20/2021 | 1/27/2022 |
| 3 | Saldivar, Maria Odila | 4/20/2023 | 6/15/2023 |
| 4 | Salgado Gama, Enrique | 4/29/2021 | 10/28/2021 |
| 5 | Salgado Mendoza, Juan | 4/22/2021 | 10/27/2022 |
| 6 | Salgado, Juan Carlos | 12/14/2023 | 12/14/2023 |
| 7 | Salgado, Rodolfo | 4/15/2021 | 5/19/2022 |
| 8 | Salinas, Gregorio | 7/8/2021 | 7/15/2021 |
| 9 | Samano G, Nahu | 1/14/2021 | 4/13/2023 |
| 10 | Samano, Hugo | 10/27/2022 | 10/27/2022 |
| 11 | Sanabia, Victorio | 9/23/2021 | 12/8/2022 |
| 12 | Sanchez Guerrero, Ivan | 3/18/2021 | 4/27/2023 |
| 13 | Sanchez Mata, Basilio | 12/24/2020 | 4/13/2023 |
| 14 | Sanchez Rosales, Lorenzo | 8/17/2023 | 8/17/2023 |
| 15 | Sanchez Sanchez, Marcelino | 4/20/2023 | 9/21/2023 |
| 16 | Sanchez, Alexis | 7/1/2021 | 4/27/2023 |
| 17 | Sanchez, Fernando | 4/15/2021 | 4/15/2021 |
| 18 | Sanchez, Hector A | 3/9/2023 | 3/9/2023 |
| 19 | Sanchez, Isidro | 9/14/2023 | 9/14/2023 |
| 20 | Sanchez, Lorenzo | 4/20/2023 | 8/31/2023 |
| 21 | Sanchez, Ricardo | 4/20/2023 | 7/27/2023 |
| 22 | Sanchez, Rogelio | 4/8/2021 | 12/14/2023 |
| 23 | Sanchez, Saul | 6/8/2023 | 10/19/2023 |
| 24 | Sandoval Preza, Alejandro | 12/24/2020 | 3/30/2023 |
| 25 | Sandoval Preza, Silvino | 12/24/2020 | 1/19/2023 |
| 26 | Sandoval Rodriguez, Leonardo | 12/22/2022 | 10/5/2023 |
| 27 | Sandoval, Alejandro | 4/27/2023 | 12/14/2023 |
| 28 | Sandoval, Jose Luis | 4/27/2023 | 11/30/2023 |
| | Sandoval, Ramiro | 4/20/2023 | 12/14/2023 |
| | Sandoval, Salomon | 11/3/2022 | 5/25/2023 |

| | | | |
|---|---|---|---|
| 1 | Sandoval, Silvino | 5/4/2023 | 12/7/2023 |
| 2 | Santiago Acevedo, Artemio Lucas | 7/22/2021 | 8/24/2023 |
| 3 | Santiago, Carlos | 10/20/2022 | 12/29/2022 |
| 4 | Segura Lara, Jose Felipe | 10/12/2023 | 12/14/2023 |
| 5 | Segura, Moises | 8/11/2022 | 2/2/2023 |
| 6 | Solano Morales, Ruben Albino | 3/25/2021 | 8/3/2023 |
| 7 | Solis Doroteo, Burmaro | 7/1/2021 | 4/6/2023 |
| 8 | Solis Doroteo, Ezequiel | 1/19/2023 | 12/14/2023 |
| 9 | Solorio, Jesse | 12/24/2020 | 6/1/2023 |
| 10 | Soria Fuentes, Juan Gerardo | 9/2/2021 | 3/9/2023 |
| 11 | Soria, Bulmaro | 6/10/2021 | 4/27/2023 |
| 12 | Soto Gonzalez, Noe | 3/17/2022 | 2/16/2023 |
| 13 | Soto, Arnulfo | 11/10/2022 | 11/17/2022 |
| 14 | Soto, Carlos | 8/31/2023 | 12/7/2023 |
| 15 | Soto, Mauricio | 9/21/2023 | 12/7/2023 |
| 16 | Tejada, Alfredo | 9/14/2023 | 9/21/2023 |
| 17 | Tellez Nicolas, Victoriano | 4/27/2023 | 12/7/2023 |
| 18 | Tello Castillo, Alfredo | 2/11/2021 | 10/20/2022 |
| 19 | Tinoco Pamatz, Adan | 9/1/2022 | 8/24/2023 |
| 20 | Tomsick, John Mark | 10/5/2023 | 11/2/2023 |
| 21 | Torres Arce, Jesus | 6/10/2021 | 6/10/2021 |
| 22 | Torres Fernandez, J Trinidad | 11/17/2022 | 3/9/2023 |
| 23 | Torres Marin, Tomas | 1/21/2021 | 10/13/2022 |
| 24 | Torres Martinez, Efrain | 5/12/2022 | 5/11/2023 |
| 25 | Torres Mercado, Sergio | 5/13/2021 | 12/14/2023 |
| 26 | Torres Santos, Juan | 12/24/2020 | 6/22/2023 |
| 27 | Torres Santos, Lazaro | 2/18/2021 | 2/9/2023 |
| 28 | Torres, Guillermo | 6/23/2022 | 1/5/2023 |
| | Torres, Jaime | 1/21/2021 | 4/20/2023 |
| | Torres, Macario | 5/27/2021 | 5/27/2021 |

| | | |
|---|---|---|
| Torres, Manuel | 8/12/2021 | 3/16/2023 |
| Torres, Martin | 4/13/2023 | 11/9/2023 |
| Torres, Sebastian | 7/22/2021 | 7/22/2021 |
| Toscano, Salvador | 12/8/2022 | 2/16/2023 |
| Tovar, Eliseo | 8/10/2023 | 12/14/2023 |
| Uribe, Jose Angel | 12/24/2020 | 12/8/2022 |
| Valadez, Erasmo | 3/4/2021 | 3/30/2023 |
| Valdez Ibarra, Efren | 3/2/2023 | 3/23/2023 |
| Valentin Roman, Martin | 7/15/2021 | 7/15/2021 |
| Vargas, Daniel | 11/10/2022 | 11/10/2022 |
| Vargas, Gael | 7/13/2023 | 11/23/2023 |
| Vega Tovar, Eleuterio | 3/11/2021 | 5/11/2023 |
| Velasco Gonzalez, Eduardo | 2/18/2021 | 10/12/2023 |
| Velasquez Escoto, Edwin Alexis | 1/28/2021 | 10/20/2022 |
| Velasquez, Juan | 9/9/2021 | 4/6/2023 |
| Velazquez, Pedro | 5/11/2023 | 5/11/2023 |
| Velazquez-Gonzales, Diego | 11/3/2022 | 4/20/2023 |
| Velez, Faustino | 2/11/2021 | 6/15/2023 |
| Venancio, Asuncion | 2/25/2021 | 5/27/2021 |
| Vera Borboa, Salomon | 1/12/2023 | 1/12/2023 |
| Vera Rosales, Francisco | 1/5/2023 | 1/5/2023 |
| Vera Zarazua, Carlos | 2/4/2021 | 3/3/2022 |
| Vigil Martinez, Fredy | 5/11/2023 | 10/12/2023 |
| Vigil Martinez, Rodrigo | 2/16/2023 | 3/9/2023 |
| Vijil Martinez, Fredy | 5/5/2022 | 2/16/2023 |
| Villa Balbuena, Israel | 12/24/2020 | 12/7/2023 |
| Villa Balbuena, Jose Issac | 1/14/2021 | 12/14/2023 |
| Villalobos, Rigoberto | 3/24/2022 | 3/24/2022 |
| Villalpano, Alexis | 7/20/2023 | 7/27/2023 |
| Villegas, Benjamin | 1/7/2021 | 1/7/2021 |

| | | | |
|---|---|---|---|
| 1 | Zacarias, Antonio | 9/16/2021 | 9/16/2021 |
| 2 | Zamora Loredo, Marcos | 5/20/2021 | 4/6/2023 |
| 3 | Zamora, Alberto | 10/20/2022 | 8/17/2023 |
| 4 | Zarazua Hernandez, Ambrocio | 4/29/2021 | 6/16/2022 |
| 5 | Zarazua Resendiz, Francisco | 6/15/2023 | 9/21/2023 |
| 6 | Zarazua Resendiz, Rigoberto | 5/11/2023 | 9/14/2023 |
| 7 | Zarazua Zarazua, Agustin | 2/4/2021 | 9/16/2021 |
| 8 | Zarazua Zarazua, Pablo | 2/4/2021 | 9/22/2022 |
| 9 | Zarazua, Francisco | 12/24/2020 | 5/11/2023 |
| 10 | Zarazua, Rigoberto | 11/11/2021 | 1/12/2023 |
| 11 | Zazueta, Miguel | 3/2/2023 | 12/14/2023 |
| 12 | Zuniga Vasquez, Juan | 10/21/2021 | 11/30/2023 |
| 13 | Zuniga Velasco, Junior Adrian | 2/2/2023 | 3/9/2023 |
| 14 | Zuniga, Alberto | 10/27/2022 | 7/27/2023 |
| 15 | Zuniga, Daniel | 11/3/2022 | 2/23/2023 |
| 16 | Zuniga, Juan | 10/21/2021 | 11/30/2023 |

17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit B**

The **Fair Labor Standards Act** provides that certain employees must be paid **minimum wage** for all hours worked. In addition, non-exempt employees must be paid **overtime**, at a rate of time and one half their regular rate, for the hours they work over 40 in a workweek. All non-exempt employees, whether they are paid **hourly, piece rate, or on a salary basis**, are entitled to an overtime premium when they work over 40 hours per week.

To resolve a lawsuit brought by the **Department of Labor,** the **United States District Court** entered an Order forbidding **Innovative Wall Systems, Inc., dba Alta Drywall, and Jason Bellamy (named in the lawsuit as the President and Chief Executive Officer of Innovative Wall Systems, Inc.),** from paying employees in any way that violates the **Fair Labor Standards Act** and from firing, threatening, intimidating, or reducing the work hours of any employee because that employee complained about their pay practices or spoke to the **Department of Labor.**

All employees who work in this establishment should report violations of minimum wage and overtime to the U.S. Department of Labor, Wage and Hour Division, at (619) 557-5110. You can also visit the San Diego District Office located at 550 West "C" Street, Suite 990, San Diego CA 92101. Your name will not be disclosed. Your identity will be kept confidential.